UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN PHILLIP HAMRE | Case No. 18-CV-2958 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| OFFICER SPROUT, #326; OFFICER RYAN NELSON, #207; OFFICER FILDES, #330; ROBERT MATHESON, #206; CITY OF MOORHEAD; OFFICER LOPEZ, #316; WAYNE EBBINGER; and the MOORHEAD POLICE DEPARTMENT, | |
| Defendants. | |

The Court has received the February 20, 2019 Report and Recommendation of United States Magistrate Leo I. Brisbois. [ECF No. 23.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 23] is ACCEPTED;

2. The matter is DISMISSED WITHOUT PREJUDICE; and

3. Plaintiff's "Motion for Complaint Package" [ECF No. 21] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 10, 2019                         BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge